■ JOSEPH LA MARCHE, Also Known as GEORGE LA MARCHE, Appellant, v MICHELLE LA MARCHE, Respondent.—Judgment of the Supreme Court, Queens County, dated November 22, 1978, affirmed, with costs. No opinion. In accordance with the direction of Mr. Justice Rodell at Trial Term, the parties are directed to carry out the terms of the stipulation within 60 days after service by either party of a copy of the order to be made hereon, together with notice of entry thereof. Hopkins, J. P., Damiani, Lazer and Cohalan, JJ., concur.